

*Phone:* (212) 885-5149
*Fax:* (917) 332-3720
*Email:* JHarwood@BlankRome.com

**MEMO ENDORSED**



May 27, 2011

**BY HAND**

Hon. Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

        Re:    In the Matter of the Arbitration Between:
                 SUNSKAR LTD., Petitioner, and
                 CHINA DIRECT INDUSTRIES INC., Respondent
                 11 Civ. 2499 (DLC)
                 <u>Our Ref. No. 134845-00602</u>

Dear Judge Cote:

        We are attorneys for Petitioner.

        Pursuant to agreement with Respondent's counsel, our reply to its opposition papers were due on May 30, 2011. Due to the Memorial Day vacation and other work commitments, Respondent's counsel has graciously extended our reply deadline, subject to the Court's consent, to June 6, 2011.

                                                          Respectfully submitted,

                                                           Jeremy J.O. Harwood

JJH:rk

    cc:    Peter R. Porcino, Esq. (prp@cll.com)

*Granted.*
*Denise Cote*
*June 1, 2011*

134845.00602/7025715v.1

The Chrysler Building   405 Lexington Avenue   New York, NY 10174-0208
www.BlankRome.com

California • Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Texas • Washington, DC • Hong Kong