```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
In the Matter of the Arbitration           :
Between:                                   :
                                           :
SUNSKAR LTD., as Owner of the M/V          :
Georgia S,                                 :    11 Civ. 2499 (DLC) (JCF)
                                           :
                        Petitioner,        :        ORDER OF
                                           :    REFERENCE TO A
              -v-                          :    MAGISTRATE JUDGE
                                           :
CHINA DIRECT INDUSTRIES INC., as           :
Charterer,                                 :
                        Respondent.        :
                                           :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2011

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose:

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute
_____
_____

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

X   Settlement

___ Social Security

SO ORDERED:

Dated:   New York, New York
         July 1, 2011

                                          _____
                                                   DENISE COTE
                                          United States District Judge