UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
In the Matter of the Arbitration        :
Between:                                 :       11 Civ. 2499 (DLC)
                                         :
SUNSKAR LTD., as Owner of the M/V        :       SCHEDULING ORDER
Georgia S,                               :
                                         :
                       Petitioner,       :
                                         :
           -v-                           :
                                         :
CHINA DIRECT INDUSTRIES INC., as         :
Charterer,                               :
                       Respondent.       :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

        As set forth at the conference held on July 1, 2011, the
following schedule shall govern the further conduct of
proceedings in this case:

1.   The parties are instructed to contact the chambers of
     Magistrate Judge Francis immediately in order to pursue
     settlement discussions under his supervision.

2.   The petitioner shall amend its petition by July 8, 2011.

3.   The following motion will be served by the dates indicated
     below.

     Motion by petitioner to compel CDII Trading, Inc. to
     arbitrate:

     -    Motion served by July 15, 2011.
     -    Opposition served by July 29.
     -    Reply served by August 5.

     At the time any Reply is served the moving party shall
     supply two courtesy copies of all motion papers to Chambers
     by delivering them to the Courthouse Mailroom, 8th Floor,

1

United States Courthouse, 500 Pearl Street, New York, New
York.

4.   The parties shall also submit letter briefs on the issue of
     whether petitioner's alter ego theory of China Direct
     Industries Inc.'s liability must be decided before any
     arbitration commences.
     - Petitioner's letter served by July 11, 2011.
     - Respondent's letter served by July 18.


Dated:    New York, New York
          July 1, 2011

                              _____
                                   DENISE COTE
                              United States District Judge

2