UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
In the Matter of the Arbitration Between: :
                                         :
SUNSKAR LTD., as Owner of the M/V        :     11 Civ. 2499 (DLC)
Georgia S,                               :
                        Petitioner,      :     ORDER
                                         :
           -v-                           :
                                         :
CDII TRADING, INC., CHINA DIRECT         :
INDUSTRIES INC. d/b/a CDII TRADING, INC.,:
as Charterer,                            :
                        Respondents.     :
                                         :
-----------------------------------------X

DENISE COTE, District Judge:

    In an Opinion dated November 3, 2011, Sunskar's motion to compel CDII Trading, Inc. to arbitrate was granted. The November 3 Opinion also stayed this action pending completion of the arbitration. Accordingly, it is hereby

    ORDERED that the parties submit a letter no later than November 1, 2012, with an update as to the status of the arbitration proceedings.

    SO ORDERED:

Dated:    New York, New York
          November 3, 2011

                                    _____
                                         DENISE COTE
                                    United States District Judge